IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CAROL SUE MORMAN,

           Plaintiff,

v.                             Civil Action No.  2:21-cv-00162

HSBC FINANCE CORPORATION and
SELECT PORTFOLIO SERVICING, INC.,

           Defendants.

### DEFENDANT HSBC FINANCE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1(a), Defendant HSBC Finance Corporation discloses that it is a wholly owned subsidiary of HSBC North America Holdings Inc., which is indirectly owned by HSBC Holdings plc, a United Kingdom corporation.  The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and also over the counter in the United States as sponsored American depository receipts.  There are no publicly held companies that own ten percent (10%) or more of HSBC Holdings plc's stock.

                                                  Respectfully submitted,
                                                  HSBC Finance Corporation,
                                                  by its attorneys,

                                                  */s/ Sean R. Higgins*
                                                  Sean R. Higgins (WV Bar No. 11466
                                                  sean.higgins@klgates.com
                                                  K&L Gates LLP
                                                  State Street Financial Center
                                                  One Lincoln Street
                                                  Boston, MA 02111
                                                  (617) 261 3100

Dated: March 11, 2021                     (617) 261 3175 (f)

CERTIFICATE OF SERVICE

      I, Sean R. Higgins, certify that on March 11, 2021 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via first class mail, postage prepaid, to those indicated as non-registered participants.

                                        */s/ Sean R. Higgins*
                                        Sean R. Higgins